UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA MELENA, | ) No. ED CV 11-01823-VBK |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: August 2, 2012                    /s/
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE